22790. RAY *v.* WHITE.

BROYLES, C. J. This case is controlled by the decision rendered this day in *Ray* v. *Andrews*, ante, 676.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*